UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | No. 2:19−cv-2044−TLN−CKD PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| KAIDEN HOSPITALITY LP, | |
| Defendants. | |

On October 11, 2019, plaintiff filed the present action against defendant Kaiden Hospitality LP. (ECF No. 1.) On March 13, 2020, the court stayed the action and directed the parties to meet and confer promptly to discuss settlement of this action. (ECF No. 11.) The parties were further instructed that if they were not able to reach a settlement informally within forty-five days of the date of the order, they should initiate participation in the court's VDRP by contacting the court's VDRP administrator (Id.) The court has received no communication from the parties and hereby issues an order to show cause as to whether the stay should be lifted or whether the case has resolved and should be closed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall notify the court in writing as to whether this case has resolved and should be closed, or whether the stay should be lifted and a further scheduling order should issue.

1

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 10, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/cd