UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PETER STROJNIK, SR., | No. 2:19–cv–2044–TLN–CKD (PS) |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SACRAMENTO HOTEL, LLC, | |
| Defendant. | |

Plaintiff filed this action against defendant Sacramento Hotel, LLC, on October 11, 2019. Thereafter, in an order filed on October 15, 2019, plaintiff was notified that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of Practice or orders of this court could result in dismissal of this action. Plaintiff was further notified that even parties without counsel would be expected to comply with the procedural rules.

On January 28, 2020, at plaintiff's request, the clerk's office entered a default against defendant Sacramento Hotel. (ECF No. 6.) On November 12, 2020, the court ordered plaintiff to either proceed with a motion for default judgment against defendant or file a notice of dismissal of this action. Plaintiff filed a motion for default judgment on December 21, 2020. (ECF No. 11.)

On December 23, 2020, the court issued a minute order stating the court was in receipt of plaintiff's motion for default judgment, but that the motion was defective because it did not

comply with Local Rule 230(b). Local Rule 230(b) requires all motions to be noticed on the motion calendar of the assigned Judge or Magistrate Judge no later than 28 days after service and filing of the motion.

> Motions defectively noticed shall be filed, but not set for hearing; the Clerk shall immediately notify the moving party of the defective notice and of the next available dates and times for proper notice, and the moving party shall file and serve a new notice of motion setting forth a proper time and date. See L.R. 135.

Local Rule 230(b).

The court's December 23, 2020 minute order notified plaintiff that his motion for default judgment was defective as filed and must be noticed in compliance with Local Rule 230(b). The minute order notified plaintiff that civil law and motion calendars take place on Wednesdays at 10:00 AM. More than three months have gone by and plaintiff has not filed a notice of motion setting forth a proper time and date for the hearing of his motion for default judgment.

For these reasons, IT IS ORDERED THAT plaintiff shall show cause, in writing and within 21 days, why his motion for default judgment should not be stricken for failure to comply with Local Rule 230 and why this case should not be dismissed for failure to prosecute and failure to comply with the court's orders and the local rules. Plaintiff is warned that failure to respond to this order may result in the imposition of sanctions, including dismissal of plaintiff's claims against defendant.

Dated:  April 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stroj2041.osc.LR230